# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| United States of America, | ) Case No.: 2:13-cr-367 |
| Plaintiff, | ) ORDER FOR ISSUANCE OF <br> ) WRIT OF HABEUS CORPUS <br> ) AD PROSEDUENDUM FOR |
| vs. | ) RAMSEY LAMAR HILL <br> ) (ID#) 2698054 |
| RAMSEY LAMAR HILL, | ) |
| Defendant. | ) |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **RAMSEY LAMAR HILL** before the United States District Court at Las Vegas, Nevada, on or about I/A & A/P Thurs. 10/3/2013 3:00pm Presiding Judge 3C e hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: September 24, 2013

_____
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| 1 | DANIEL G. BOGDEN |
| | United States Attorney |
| 2 | District of Nevada |
| | PHILLIP N. SMITH, JR. |
| 3 | Assistant United States Attorney |
| | 333 Las Vegas Boulevard South |
| | Suite 5000 |
| 4 | Las Vegas, Nevada 89101 |
| | 702-388-6336 |
| 5 | |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | | |
|---|---|---|
| 8 | United States of America, | ) Case No.: 2:13-cr-367 |
| 9 | Plaintiff, | ) PETITION FOR WRIT OF HABEUS |
| | | ) CORPUS AD PROSEDUENDUM FOR |
| 10 | vs. | ) RAMSEY LAMAR HILL |
| 11 | | ) (ID#) 2698054 |
| | RAMSEY LAMAR HILL, | ) |
| 12 | Defendant. | ) |
| 13 | | ) |

The petition of the United States Attorney for the District of Nevada respectfully shows that **RAMSEY LAMAR HILL**, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **RAMSEY LAMAR HILL** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **RAMSEY LAMAR HILL** may be present before the United States District Court for the District of Nevada, at City, State, on _I/A & A/P Thurs. 10/3/2013 3:00pm Presiding Judge 3C_, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **RAMSEY LAMAR HILL** before the United States District Court on or about _I/A & A/P Thurs. 10/3/2013 3:00pm Presiding Judge 3C_, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the Court has been ordered by the United

1 | States Magistrate or District Judge for the District of Nevada.

2 |    WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad

3 | Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center,

4 | Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding

5 | them to produce the said **RAMSEY LAMAR HILL** before the United States District Court on

6 | or about _____, at the hour of 3:00 p.m., for arraignment and from time to time and

  I/A & A/P Thurs. 10/3/2013
  3:00pm Presiding Judge 3C

7 | day to day thereafter, at such times and places as may be ordered and directed by the Court

8 | entitled above, to appear before the Court, and when excused by the said Court, to be returned

9 | to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

10 |    DATED this 24th day of September, 2013.

          Respectfully submitted,

         DANIEL G. BOGDEN
         United States Attorney

         _/s/ Phillip N. Smith, Jr._
         PHILLIP N. SMITH, JR.
         Assistant United States Attorney

2